IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| SOUTHERN SOLUTIONS PRODUCE ) | 06-10185 |
| LLC, ) | |
| ) | |
| Debtor. ) | Adversary Proceeding No. |
| ) | 06-02048 |

| | |
|---|---|
| BRYANT CUNNINGHAM, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Case No. |
| v. ) | 1:07CV00214 |
| ) | |
| WILLIAM P. MILLER, ) | |
| ) | |
| Appellee. ) | |

ORDER AND JUDGMENT

OSTEEN, JR., District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

It is ORDERED AND ADJUDGED that the appeal of the 2006 Injunction Order is moot and the appeal is DISMISSED.

This the 1st day of May 2008.

_____
United States District Judge